IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DELETA A. GRAVES                                           Plaintiff

v.                          4:04CV00653 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                   Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 28th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE